LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MICKY DAHL, | No. EDCV 10-1122 RZ |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of ONE THOUSAND FIVE HUNDRED EIGHTY SEVEN DOLLARS AND 98/100 ($1,587.98). ~~subject to the terms of the stipulation.~~

DATE:  August 05, 2011    _____
                                        HON. RALPH ZAREFSKY
                                        UNITED STATES MAGISTRATE JUDGE